# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO STATE INVESTMENT COUNCIL,
as Trustee, Administrator and Custodian of the
Land Grant Permanent Fund and the Severance Tax
Permanent Fund,

      Plaintiff,

vs.                                                     No. CIV 11-0390 JB/LAM

SAUL MEYER, RENAISSANCE PRIVATE EQUITY
PARTNERS, LP d/b/a Aldus Equity Partners, LP,
MARC CORRERA, ANTHONY CORRERA, ALFRED JACKSON,
DANIEL WEINSTEIN, VICKY L. SCHIFF, JULIO RAMIREZ,
BARRETT WISSMAN, WILLIAM HOWELL, MARVIN ROSEN,
DANIEL HEVESI, ELLIOTT BROIDY, MILTON ROBERT CARR,
HENTRY MORRIS,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal, filed June 30, 2011 (Doc. 42), which dismissed Plaintiff New Mexico State Investment Council's claims against the Defendants in this matter. Because the Notice disposes of all matters before it, the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff New Mexico State Investment Council's claims against the Defendants are dismissed, and final judgment is entered.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE

*Counsel:*

Gary K. King
Attorney General for the State of New Mexico
Scott Fuqua
Assistant Attorney General
New Mexico Attorney General's Office
Santa Fe, New Mexico

-- and --

Clifford E. Nichols, III
Jeffrey Plotkin
Kenneth W. Ritt
Matthew E. Smith
Day Pitney, LLP
Stamford, Connecticut

  *Attorneys for Plaintiff New Mexico State Investment Council*

Jason Bowles
Bowles & Crow
Albuquerque, New Mexico

  *Attorneys for Defendant Anthony Correra*

Eric R. Burris
Nury H. Yoo
Brownstein Hyatt Farber Schreck
Albuquerque, New Mexico

-- and --

Floren J. Taylor
Philip J. Bezanson
Bracewell & Giuliani LLP
New York, New York

  *Attorneys for Defendant Alfred Jackson*

Luis G. Stelzner
Sara Nathanson Sanchez
Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Daniel Weinstein and Vicky L. Schiff*

Todd A. Coberly
Coberly Law Office
Santa Fe, New Mexico

    *Attorneys for Defendant Julio Ramirez*

Geoffrey D. White
Rodney L. Schlagel
Sherrill K. Filter
Butt Thornton & Baehr, PC
Albuquerque, New Mexico

    *Attorneys for Defendant William Howell*

Billy R. Blackburn
Albuquerque, New Mexico

    *Attorney for Defendant Daniel Hevesi*

Brian K. Lamb
Christopher J. Clark
Ralph C. Ferrara
Dewey & Leboeuf LLP
Washington, DC

-- and --

J. Douglas Foster
Foster, Reider & Jackson, PC
Albuquerque, New Mexico

    *Attorneys for Defendant Elliott Broidy*